552 A.2d 667

**COMMONWEALTH of Pennsylvania**

v.

**Frank McALEESE, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 17, 1989.

Decided Jan. 25, 1989.

Jeremy C. Gelb, Philadelphia, for appellant.

Gaele McLaughlin Barthold Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Jo–Ann M. Uerrier, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.